**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00449-CV**
_____

**MIKE MORSE, Appellant**

**V.**

**JOANNA BANTA, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 18-30856**

**MEMORANDUM OPINION**

The appellant, Mike Morse, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice

Submitted on January 30, 2019
Opinion Delivered January 31, 2019

Before Kreger, Horton and Johnson, JJ.